```
DANIEL BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRACY PAINTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-cr-0223 JAM |
| Plaintiff, ) | |
| ) | WAIVER OF DEFENDANT'S PRESENCE |
| v. ) | |
| TRACY PAINTER, ) | |
| Defendant. ) | |
| _____ ) | |

    Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, TRACY PAINTER, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury, and imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in court ready for

trial any day and hour the Court may fix in his absence.

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that Act without defendant being present.

Dated: June 15, 2010

/S/ Tracy Painter
TRACY PAINTER
(original retained in attorney's file)

I agree with and consent to my client's waiver of appearance.

Dated: June 15, 2010

/S/ Michael Petrik, Jr.
MICHAEL PETRIK, JR.
Assistant Federal Defender
Attorney for Defendant
TRACY PAINTER

IT IS SO ORDERED.

Dated: June 16, 2010     /s/ John A. Mendez
                         HON. JOHN A. MENDEZ
                         United States District Judge