**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Tracy Painter

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTIRCT OF CALIFORNIA

| United States of America, | ) Case No.: 2:10-Cr-223-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION FOR APPLICATION AND PROPOSED ORDER TO FILE UNDER SEALTHE FOLLLOWING DOCUMENTS:** |
| vs. | ) **1. Statement from Tracy Painter concerning her son, John.** |
| Tracy Painter, | ) **2. John Painter - Chronology** |
| Defendant | ) **3. Psychological evaluations, diagnoses, and school records concerning John Painter** |
| | ) **Date**: October 28, 2014 |
| | ) **Time:** 9:30 a.m. |
| | ) **Judge:** Hon. John A. Mendez |

**TO THE HONORABLE JOHN A. MENDEZ, Judge of the United States District Court:**

IT IS HEREBY STIPULATED by and between the parties, Plaintiff, United States of America, by AUSA Philip Ferrari, and Defendant, Tracy Painter, by her attorney of record, Jan

- 1

David Karowsky, that the STIPULATION FOR APPLICATION AND PROPOSED ORDER TO FILE UNDER SEAL THE FOLLOWING DOCUMENTS:

    1. Statement from Tracy Painter concerning her son, John – Exhibit "E"

    2. John Painter – Chronology – Exhibit "E"

    3. Psychological evaluations, diagnoses, and school records concerning John Painter – Exhibit "F"

be filed under seal and that these filed documents be ordered sealed by this Court for the reasons stated herein.

    Based on the personal and confidential nature of the psychological documents included in this stipulation, it would be inappropriate, unnecessary, and potentially harmful to file the same publically.

**IT IS SO STIPULATED.**

Dated: October 14, 2014　　　　　　　　**Jan David Karowsky**
　　　　　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　　　　　/s/ Jan Karowsky
　　　　　　　　　　　　　　　　　　　　By: Jan David Karowsky
　　　　　　　　　　　　　　　　　　　　Attorney for Tracy Painter

Dated: October 14, 2014　　　　　　　　**Benjamin Wagner**
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Philip Ferrari
　　　　　　　　　　　　　　　　　　　　By: Philip Ferrari by Jan Karowsky with
　　　　　　　　　　　　　　　　　　　　Mr. Ferrari's permission
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the "STIPULATION FOR APPLICATION AND PROPOSED ORDER TO FILE UNDER SEAL THE FOLLOWING DOCUMENTS:

1. Statement from Tracy Painter concerning her son, John – Exhibit "E"

2. John Painter – Chronology – Exhibit "E"

3. Psychological evaluations, diagnoses, and school records concerning John Painter – Exhibit "E"

and said documents shall be filed under seal.

**IT IS SO ORDERED.**

Dated: 10/14/2014

                /s/ John A. Mendez_____
                **JOHN A. MENDEZ**
                U. S. DISTRICT COURT JUDGE