**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
Telephone:  (916) 447-1134
Facsimile:   (916) 448-0265
Email:         KarowskyLaw@sbcglobal.net

Attorney for Defendant
Tracy Painter

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | Case No.:  2:10-Cr-223-JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| ) | **MODIFY CONDITIONS OF PROBATION** |
| vs. ) | **TO ELIMINATE THE DRUG TESTING** |
| ) | **CONDITION** |
| Tracy Painter, ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |
| ) | |

## FACTS AND PROCEDURAL HISTORY

On October 28, 2014, defendant, Tracy Painter, appeared for judgment and sentencing, in the instant case, before The Honorable John A. Mendez, United States District Judge.  Among other conditions, the Court imposed, as a condition of probation that:  "The Defendant shall submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month."

In the Presentence Report, on page 31, paragraph 105, the Probation Officer wrote, "The defendant has no substance abuse issues...," and yet, on page 35, special condition of probation number 6, the PSR recommended drug testing.  Frankly, at sentencing, counsel for defendant inappropriately failed to object to the imposition of the drug testing condition as a condition of probation when there was no factual basis on which to base such a condition.

Once the above facts were pointed out to counsel for defendant, counsel for the government was contacted as was the assigned probation officer, Chris Muira.  All parties agreed a drug testing condition was not only inappropriate, but factually not needed.

## STIPULATION

Plaintiff, United States, and Defendant Tracy Painter, through their undersigned counsel, hereby stipulate and agree that the drug testing condition, imposed as a condition of probation, requiring one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) test per month, is hereby eliminated as a condition of probation. That is, there shall be no drug testing imposed as a condition of probation.

**IT IS SO STIPULATED.**

DATED:        December 3, 2014            **BENJAMIN B. WAGNER**
                                          United States Attorney

                                          /s/ Philip Ferrari
                                          by
                                          Philip Ferrari by Jan Karowsky w/
                                          Mr. Ferrari's permission
                                          Assistant U.S. Attorney

1 | DATED: December 3, 2014

JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

/s/ Jan Karowsky

by
JAN DAVID KAROWSKY
Attorney for Defendant

**IT IS SO ORDERED.**

Dated: 12/3/2014

/s/ John A. Mendez
**JOHN A. MENDEZ**
**United States District Court Judge**